UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEB 18 2015

------------------------------------- x
UNITED STATES OF AMERICA and STATE OF
NEW YORK *ex rel.* LYNNETH PURNELL,

      Plaintiffs,

v.

COMPASSIONATE CARE HOSPICE, INC.,

      Defendant.
------------------------------------- x

11 Civ. 7071 (JPO)

**ORDER**

      WHEREAS, on or about October 6, 2011, relator Lynneth Purnell ("Relator") filed a Complaint (the "Relator Complaint") pursuant to the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3729 *et seq.* (the "FCA"), and New York's False Claims Act, N.Y. State Fin. Law § 187 *et seq.* (the "NYS FCA");

      WHEREAS, in the Relator Complaint, Relator asserts a claim under the FCA on behalf of the United States of America (the "United States") against defendant Compassionate Care Hospice, Inc. ("CCH");

      WHEREAS, in the Relator Complaint, Relator asserts a claim under the NYS FCA on behalf of the State of New York (the "State") against CCH;

      WHEREAS, on November 10, 2014, the United States filed a notice with this Court, indicating that the United States has elected to intervene with respect to the Relator's claim under the FCA against defendant CCH;

      WHEREAS, on November 10, 2014, the State filed a notice with this Court, indicating that the State has elected to intervene with respect to the Relator's claim under the NYS FCA against CCH;

It is hereby ORDERED, in furtherance of this Court's Order dated February 3, 2015, that the Relator complaint be unsealed.

Dated: New York, New York
      February 17, 2015

SO ORDERED:

_____
HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JDUGE